**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Travis Antone WADEN, Defendant–
Appellant.**

**No. 02–4187.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 6, 2002.

Decided Dec. 24, 2002.

Thomas N. Cochran, Assistant Federal
Public Defender, Greensboro, North Car-
olina, for Appellant. Anna Mills Wagoner,
United States Attorney, Robert A.J. Lang,
Assistant United States Attorney, Win-
ston–Salem, North Carolina, for Appellee.

Before WILKINS, LUTTIG and
TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Travis Antone Waden appeals his con-
viction of one count of possession with
intent to distribute 212.2 grams of cocaine
base in violation of 21 U.S.C. § 841(a)(1),
(b)(1)(A) (2000). Waden pled guilty under
a conditional plea agreement and was sen-
tenced to 144 months in prison and five
years of supervised release. On appeal,
Waden argues the district court erred
when it denied his motion to suppress
evidence seized pursuant to a search war-
rant. We affirm.

We review the district court's factual
findings underlying a motion to suppress
for clear error, and the district court's
legal determinations de novo. *See Ornelas
v. United States,* 517 U.S. 690, 699, 116
S.Ct. 1657, 134 L.Ed.2d 911 (1996); *United
States v. Rusher,* 966 F.2d 868, 873 (4th
Cir.1992). When a suppression motion has
been denied, we review the evidence in the
light most favorable to the Government.
*See United States v. Seidman,* 156 F.3d
542, 547 (4th Cir.1998). We have reviewed
the district court's denial of Waden's mo-
tion to suppress the evidence seized from
the search of his residence and find no
error. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*